# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SHERRI TOMLINSON,

    Plaintiff,

v.                                            Case No. 6:23-cv-30-RBD-DCI

BEACH ISLAND RESORT LESSEES
ASSOCIATION, INC.,

    Defendant.
_____

## ORDER

Past the Court's Case Management and Scheduling Order deadline for amendment (Doc. 34, p. 3), Plaintiff moved to amend to add an additional defendant. (Doc. 40 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation submitting that the Court should deny the Motion for failure to show good cause. (Doc. 43 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 43) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 40) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 5, 2023.

ROY B. DALTON, JR.
United States District Judge